**No. 42415.**—Protest 941301–G/87571 of Montgomery Ward & Co. (Chicago).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 (b) as claimed.

**No. 42416.**—Protests 917421–G, etc., of Dr. Salbro Emy (New York).

Opinion by McCLELLAND, P. J. The evidence showed that the merchandise consists of oil extracted from the livers of swordfish and tuna fish by grinding, adding a caustic solution, agitating the mass and allowing it to remain overnight, adding hot water, and centrifuging the mixture which mechanically separates the oil, water, and solids from one another. They are blended with other fish liver oils, put into capsules, and sold for medicinal use. The claim at 10 percent under paragraph 34 was sustained on the authority of *Andrews* v. *United States* (T. D. 49190).

**No. 42417.**—Protests 902042–G, etc., of Albert Herskovits & Sons, Inc. (New York).

Opinion by McCLELLAND, P. J. It appeared that the merchandise consists of plates made of moleskins, and as the hair of moleskins is fur, and they were not dyed, the claim at 35 percent under paragraph 1519 (b) was sustained.

**No. 42418.**—Protest 821382–G of Fred S. Ehrlich & Co. (Los Angeles).

Opinion by McCLELLAND, P. J. From the evidence it was found that the merchandise is pure balsam Peru in its natural and uncompounded state, and not containing alcohol. The claim at 10 percent under paragraph 10 was therefore sustained.

**No. 42419.**—Protest 793009–G of N. Y. Merchandise Co. (Los Angeles).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms, and clothes and hat brushes, and other brushes similar to those the subject of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 42420.**—Protests 779615–G, etc., of Herman Weber (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Weber* v. *United States* (C. D. 190) the hard-rubber dust in question was held dutiable at 25 percent under paragraph 1537 (b) as claimed.